**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Enrique MEJIA–CALDERON,**
**Defendant–Appellant.**

**No. 14–10292.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2015.*

Filed May 18, 2015.

Michael M. Beckwith, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Douglas J. Beevers, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Luis Enrique Mejia–Calderon, Fresno, CA, pro se.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Luis Enrique Mejia–Calderon appeals from the district court's judgment and challenges his guilty-plea conviction and 108–month aggregate sentence for three counts of illegal use of a communication facility, in violation of 21 U.S.C. § 843(b). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mejia–Calderon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Mejia–Calderon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Mejia–Calderon waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.